UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ALLEN ECKARD,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA THOMAS,<br><br>　　　　　　　　Defendant. | CASE NO. C19-104-RSM-BAT<br><br>**ORDER GRANTING MOTION FOR REPLACEMENT OF DOCUMENTS AND GRANTING EXTENSION** |

Plaintiff has filed a "Motion for Replacement of Documents" (Dkt. 26) requesting the Court send him another copy of the Court's Report and Recommendation (Dkt. 20) recommending that his motion for summary judgment be denied. Plaintiff's motion (Dkt. 26) is GRANTED. **The Clerk is directed to send plaintiff a copy of the Report and Recommendation dated August 14, 2019 (Dkt. 20).**

Plaintiff has also filed a response/objection (Dkt. 25) to defendants' motion for summary judgment in which he requests that defendants' motion for summary judgment be stricken as premature in light of the fact that the district judge has not yet adopted the Report and Recommendation recommending the denial of plaintiff's own motion for summary judgment. *See* Dkt. 25. Plaintiff also indicates he should not be required to file a substantive response to defendants' motion for summary judgment until his objections to the Report and

ORDER GRANTING MOTION FOR
REPLACEMENT OF DOCUMENTS AND
GRANTING EXTENSION - 1

Recommendation recommending the denial of his own motion for summary judgment have been ruled upon. *Id.* The Court construes this as a motion for an extension of time to file a response to defendants' motion for summary judgment. Defendants object to plaintiff's request that their motion for summary judgment be denied as premature. They also object to plaintiff's request for an extension of time to respond to the motion until the Report and Recommendation on plaintiff's own motion has been ruled upon. Dkt. 27.

Defendants' motion for summary judgment is not premature as nothing prevents defendants from seeking this relief at this point. However, the Court GRANTS plaintiff's request for an extension (Dkt. 25) in the interests of justice to allow him a sufficient opportunity to file a substantive response to defendants' motion for summary judgment. Plaintiff shall file a response to defendants' motion for summary judgment **on or before November 1, 2019**. Defendants may file a reply **on or before November 8, 2019**. Defendants' motion for summary judgment (Dkt. 22) shall be **re-noted to November 8, 2019**.

DATED this 17th day of October, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge